In re JOCHIM. (Supreme Court, Appellate Division, First Department. June 22, 1912.)

In the matter of the application of Rosiana Jochim for a writ of habeas corpus. W. W. Pellet, for appellant. L. Wendel, Jr., for respondent. No opinion. Order affirmed. Order filed.